IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DeWAYNE G. THOMAS,   No. CIV S-04-0695-LKK-CMK-P

    Plaintiff,

  vs.   ORDER

JOSEPH A. BICK,

    Defendant.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 27), filed on December 30, 2005.

       On December 16, 2005, defendant filed a motion for summary judgment. Plaintiff seeks a 35-day extension of time within which to file a response.  Defendant has filed a statement of non-opposition to the requested extension.  Good cause appearing therefor, the request will be granted.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and
2. Plaintiff may file a response to defendant's motion for summary judgment within 35 days of the date of service of this order.

DATED: January 9, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE